UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | |
| | : | |
| MOHAMMAD LATIF, | : | **Docket No. 10-00059-001** |
| | : | |
| Defendant. | : | |
| | : | |

ORDER MODIFYING SURRENDER DATE

THIS MATTER, having been opened to the court on application of defendant, MOHAMMAD LATIF;

AND THE SURRENDER DATE having previously been set in this matter as October 14, 2010.

Counsel having discussed the proposed modification of his surrender date, and AUSA Philip Degnan having consented to the same;

IT IS HEREBY on this 14th day of October 2010 ORDERED AS FOLLOWS:

1. Mohammad Latif shall surrender himself to custody on December 2, 2010.

2. All other conditions of defendants surrender and bail status shall remain in effect.

*[signature]*
HON. Dennis M. Cavanaugh, U.S.D.J.