UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>MOHAMMAD LATIF,<br><br>Defendant. | No. 2:10-cr-00059-DMC<br><br>Dennis M. Cavanaugh, U.S.D.J.<br><br>**CRIMINAL ACTION** |

ORDER

THIS MATTER, having been opened to the court on application of defendant, MOHAMMAD LATIF;

AND the defendant's surrender date having been set as December 2, 2010.bail conditions.

IT IS HEREBY on this __3__ day of __Dec__ ORDERED AS FOLLOWS:

1. The above captioned defendant's surrender date shall be adjourned for two weeks. The defendant shall surrender himself on December 16, 2010.

-1-

_____
Dennis M. Cavanaugh, U.S.D.J.

Dated:     December **3**, 2010